*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 16-BG-1094**

IN RE CLAIRE L.K.K. OGILVIE

**2016 DDN 174**

FILED **06/21/2018**
District of Columbia
Court of Appeals
Julio Castillo
Clerk of Court

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 985726**

BEFORE: Fisher and McLeese, Associate Judges, and Nebeker, Senior Judge.

## O R D E R
(FILED −June 21, 2018)

On consideration of the certified order of the Court of Appeals of Maryland disbarring respondent from the practice of law in that jurisdiction, this court's April 25, 2018, order that lifted a previously imposed stay of the proceedings and directed respondent to show cause why reciprocal discipline should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent filed the required D.C. Bar R. XI §14 (g) affidavit on January 24, 2017, but failed to file a response to this court's order to show cause, it is

ORDERED that Claire L.K.K. Ogilvie is hereby disbarred from the practice of law in the District of Columbia *nunc pro tunc* to January 24, 2017. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**